```
                        United States Bankruptcy Court
                             District of Arizona
```

In re:                                                          Case No. 16-01515-MCW
GUADALUPE HERRERA                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2          User: oroscol           Page 1 of 1              Date Rcvd: Feb 24, 2016
                              Form ID: 423            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2016.
db             +GUADALUPE HERRERA,    7113 W. BERKELEY RD.,    PHOENIX, AZ 85035-4522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2016 at the address(es) listed below:
              EDWARD J. MANEY    courtecf@maney13trustee.com
              MARTIN J BERKLEY    on behalf of Debtor GUADALUPE  HERRERA mjberkley@yahoo.com,
               berkleyecf@gmail.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                                  Case No.: 2:16−bk−01515−MCW

GUADALUPE HERRERA                                       Chapter: 13
7113 W. BERKELEY RD.
PHOENIX, AZ 85035
**SSAN:** xxx−xx−3586
**EIN:**

Debtor(s)

## *Certification About a Financial Management Course*

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or

- you filed for bankruptcy under chapter 11 and §1141 (d)(3) does apply.

In a joint case, each debtor must take the course. 11 U.S.C §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then each debtor must file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under §1141(d)(5)(B) or §1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

− − − NOTICE CONTINUES ON NEXT PAGE − − −

*Part 1:* Tell the Court About the Required Course

*You must check one:*

☐ **I completed an approved course in personal financial management:**

Date I took the course _____
MM /DD /YYYY

Name of approved provider _____

Certificate number _____

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active Duty.** I am currently on active military duty in a military combat zone.

    ☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

*Part 2:* Sign Here

I certify that the information I have provided is true and correct.

_____  _____  Date _____
Signature of debtor named on certificate   Printed name of debtor                     MM /DD/ YYYY

**ATTENTION DEBTORS:**

Receive your court notices and orders by emails through the DeBN program.

Same−day delivery. Convenient Access. Free. Earth friendly.

go to www.azb.uscourts.gov/DeBN for more information and to download the request form.