```
                         United States Bankruptcy Court
                               District of Arizona
```

In re:                                                              Case No. 16-01515-MCW
GUADALUPE HERRERA                                                   Chapter 13
     Debtor
## CERTIFICATE OF NOTICE

District/off: 0970-2         User: oroscol             Page 1 of 1              Date Rcvd: Feb 24, 2016
                             Form ID: ntcdef           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2016.
db             +GUADALUPE HERRERA,    7113 W. BERKELEY RD.,    PHOENIX, AZ 85035-4522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2016 at the address(es) listed below:
     EDWARD J. MANEY    courtecf@maney13trustee.com
     MARTIN J BERKLEY   on behalf of Debtor GUADALUPE  HERRERA mjberkley@yahoo.com, berkleyecf@gmail.com
     U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                                     TOTAL: 3

FORM ntcdef
REVISED 12/01/2015

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:16–bk–01515–MCW

GUADALUPE HERRERA  Chapter: 13
7113 W. BERKELEY RD.
PHOENIX, AZ 85035
**SSAN:** xxx–xx–3586
**EIN:**

Debtor(s)

---

## NOTICE TO DEBTOR(S) OF INCOMPLETE OR DEFICIENT FILINGS

## AND THAT DEBTOR(S) MUST FILE ALL REQUIRED DOCUMENTS

## OR THEIR CASE WILL BE DISMISSED WITHOUT FURTHER NOTICE

NOTICE IS GIVEN THAT the above debtor(s) have filed a voluntary petition and that debtor(s) have not filed the documents checked below or have filed them without all the required information. Failure to timely file all required documents with all required information and within the time periods stated will result in the dismissal of this case.

☐ A typed list of creditors in the required format of a master mailing list **required to be filed within seven days of the date of the filing of the bankruptcy petition** by Local Rule of Bankruptcy Procedure 1007–1 and Federal Rule of Bankruptcy Procedure 1007.

☐ A verified Statement of Social Security Number **required to be submitted within seven days of the date of the filing of the bankruptcy petition** by Local Rule of Bankruptcy Procedure 1007–1 and Federal Rule of Bankruptcy Procedure 1007. Must be filed by both debtors if a joint petition was filed.

☐ The petition indicates that the briefing from an approved credit counseling agency was received 180 days prior to filing and that the certificate of completion was attached. However, the certificate was not attached as indicated.

☐ The petition indicates that the briefing from an approved credit counseling agency was received 180 days prior to filing, but that the debtor did not have the certificate of completion at the time of filing. A copy of the certificate and payment plan, if any, **must be filed within 14 days of the filing of the petition.**

– – – NOTICE CONTINUES ON NEXT PAGE – – –

☐ The petition indicates that exigent circumstances exist pursuant to 11 USC Section 109(h)(3); which prevented the debtor from obtaining credit counseling and that the circumstances merit a temporary waiver, or that the debtor is not required to receive a briefing about credit counseling pursuant to 11 USC Section 109(h)(4). These indications require further explanation in the form of a separate sheet or motion.

☑ Schedules of Assets and Liabilities **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 USC Section 521(a)(1).

☑ Statement of Financial Affairs **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 USC Section 521(a)(1).

☐ If a Chapter 7 debtor's schedules of assets and liabilities includes debts which are secured by property of the estate, then a Statement of Intentions is required to be filed within **30 days after the date of the filing of the chapter 7 petition** or on or before the date of the meeting of creditors, whichever is earlier.

☐ Chapter 7 Statement of Your Current Monthly Income and/or Chapter 7 Means Test Calculation is **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 USC Section 521(a)(1). If your debts are not primarily consumer debts, then you must file the Statement of Exemption from Presumption of Abuse Under § 707(b)(2) with the appropriate box in Part I checked.

☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period and/or Chapter 13 Calculation of Your Disposable Income is **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 USC Section 521(a)(1).

☐ Chapter 11 Statement of Your Current Monthly Income is **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 USC Section 521(a)(1).

☑ Declaration of Employer Payments with all pay stubs received from any employer in the 60 days before the filing of the petition **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Local Bankruptcy Rule 1007-1 and Federal Rule of Bankruptcy Procedure 1007 and 11 USC Section 521(a)(1). Must be filed by both debtors if a joint petition was filed.

☑ Chapter 13 Plan **required to be filed within 14 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 3015.

☐ **OTHER:**

**Date: February 24, 2016**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-1727
Telephone number: (602) 682-4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

### George Prentice

By: Leticia O, Deputy Clerk
Phone: 602-682-4912

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:
GUADALUPE HERRERA
7113 W. BERKELEY RD.
PHOENIX, AZ 85035
**SSAN:** xxx−xx−3586
**EIN:**

Chapter: 13

Case No.: 2:16−bk−01515−MCW

## Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____ .

Debtor declares the foregoing to be true and correct under penalty of perjury.

_____
Signature of Debtor                                Date

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.